## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EVA JANE POULLARD AND AND DANIELLA POULLARD** | * * * | **CIVIL ACTION NO.** |
| | * | **DISTRICT JUDGE** |
| **VERSUS** | * * | |
| **BREANNA A. HIGHTOWER, MCH, TRANSPORTATION COMPANY AND CHEROKEE INSURANCE COMPANY** | * * * | **MAGISTRATE JUDGE** |

**********************************************

### NOTICE OF REMOVAL

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA**

**NOW INTO COURT**, through undersigned counsel, comes Defendants, Cherokee Insurance Company, which respectfully avers as follows:

1.

On or about February 15, 2022, Plaintiffs, Eva Jane Poullard and Daniella Poullard, filed a Petition for Damages in the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, naming Cherokee Insurance Company, Breanna A. Hightower and MCH Transportation Co. as Defendants. That suit bears docket number 2022-0770, was assigned to Division "F", and is captioned "*Eva Jane Poullard and Daniella Poullard v. Breanna A. Hightower, MCH Transportation Company and Cherokee Insurance Company*". A copy of the Petition for Damages is attached hereto as Exhibit "A"

2.

Service of the Petition for Damages was requested on Cherokee Insurance Company through the Louisiana Secretary of State, and Cherokee Insurance Company was served on or about March 3, 2022.

3.

Service of the Petition for Damages was requested upon MCH Transportation Co. through the Louisiana Long Arm Statute.  As of the date of the filing of this Notice of Removal, MCH Transportation Co. has not yet been served.  Undersigned counsel will represent MCH Transportation Co. if and when it is properly served.  Without waiving the formal requirements of service of process, MCH Transportation Co. consents to and joins in this removal.

4.

Service of the Petition for Damages was requested upon Breanna Hightower through the Louisiana Long Arm Statute.  As of the date of the filing of this Notice of Removal, Breanna Hightower has not yet been served.  Undersigned counsel will represent Breanna Hightower if and when she is properly served.  Without waiving the formal requirements of service of process, Breana Hightower consents to and joins in this Notice of Removal.

5.

It was not facially apparent from the Petition for Damages that the case was removable pursuant to 28 U.S.C § 1331.  Specifically, it was not facially apparent from the Petition for Damages that the amount in controversy exceeded $75,000, exclusive of interest and costs, as is required for removal under diversity of citizenship.  The Petition

for Damages was silent, or at best, its allegations were vague and ambiguous with respect to the amount in controversy. (See attached Exhibit "A".) Plaintiffs' Petition for Damages failed to make a specific allegation as to whether the amount in controversy exceeded the sum of $75,000, exclusive of interest and costs, as required by Article 893 of the Louisiana Code of Civil Procedure.

6.

On or about March 28, 2022, Defendant filed a Dilatory Exception of Vagueness, Ambiguity and Non-Conformity of Petition, seeking to have Plaintiffs ordered to amend her Petition for Damages to specifically allege whether their claims exceed the requisite amount to invoke the jurisdiction of the federal courts, as is required by Louisiana Code of Civil Procedure Article 893. (See attached Exhibit "B".)

7.

On or about April 1, 2022, undersigned counsel was served with Plaintiffs' Response to Request for Admissions, in which, for the first time, they admitted that they were claiming damages in excess of $75,000, exclusive of interest and costs. (See attached Exhibit "C" and "D".)

8.

Based upon the Plaintiffs' Response to Request for Admission of Fact, it is clear that the amount in controversy exceeds $75,000, exclusive of interest and costs.

9.

This Notice of Removal is filed within thirty (30) days of service of the Plaintiffs' Response to Request for Admission of Fact, which was the first paper from which it could be ascertained that the case was removable, and is therefore timely.

10.

Plaintiffs, Eva Jane Poullard and Daniella Poullard, are citizens of the State of Louisiana. (See Plaintiff's Petition for Damages, attached hereto as Exhibit "A").

11.

Defendant, Breanna A. Hightower, is a citizen of the State of Mississippi. (See Plaintiff's Petition for Damages, attached hereto as Exhibit "A").

12.

Defendant, Cherokee Insurance Company, is a foreign insurance company incorporated under the laws of the State of Michigan and having its principal place of business in the State of Michigan. (See attached Exhibit "E", corporate information from Louisiana Department of Insurance.)

13.

Defendant, MCH Transportation Co., is a foreign corporation incorporated under the law of the State of Mississippi and having its principal place of business in the State of Mississippi. "(See attached hereto as Exhibit "F, corporate information from the Mississippi Secretary of State.)

14.

Accordingly, there is complete diversity of citizenship between the Plaintiffs and all named defendants. As of the date of the filing of this Notice of Removal, Plaintiffs have not named any other defendants.

15.

In accordance with the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and is one which may be removed to

this Court by Defendants pursuant to 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

16.

In accordance with 28 U.S.C. § 1446(d), Defendant will provide appropriate notice of this removal to the parties, and to the Clerk of Court for the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana.

### JURY DEMAND

Defendant is entitled to and request trial by jury on all issues herein.

**WHEREFORE**, Defendant, Cherokee Insurance Company, prays that the action entitled *"Eva Jane Poullard and Daniella Poullard v. Breanna A. Hightower, MCH Transportation Company and Cherokee Insurance Company"*, bearing docket number *2022-0770*, and assigned to Division "F" of the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, be removed from that State Court docket to the United States District Court for the Western District of Louisiana.

Respectfully submitted,

*/s/ Gerard J. Dragna*
**GERARD J. DRAGNA, #23042**
**C. MICHAEL PARKS, #19727**
**J. EDWARD McAULIFFE, III, #33969**
***Mouledoux, Bland, Legrand & Brackett***
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: gdragna@mblb.com
Email: mparks@mblb.com
Email: emcauliffe@mblb.com

***Attorneys for and Cherokee Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 5th day of April, 2022, at their last known address of record.

*/s/ Gerard J. Dragna*

**GERARD J. DRAGNA**

h:\1199\220213- poullard\pleadings\removal\notice of removal.docx